IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JANNELL JACKSON on behalf of
Christina S. Watson                                                                    PLAINTIFF

v.                                              4:06CV00750 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice.  The relief sought is DENIED.

IT IS SO ADJUDGED this 20th day of June, 2007.

_____
UNITED STATES MAGISTRATE JUDGE